**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARIDAD GADIA, | Case No. CV 19-3615 PA (SSx) |
|---|---|
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| NATIONAL CITY BANK, FAY SERVICING, LLC, PNC BANK, N.A., DIPLOMAT PROPERTY MANAGER, LLC, and DOES 1-100, | |
| Defendants. | |

In accordance with the Court's May 17, 2019 Minute Order dismissing the First Amended Complaint filed by plaintiff Caridad Gadia ("Plaintiff"), and the Court's June 5, 2019 Minute Order dismissing this action for lack of subject matter jurisdiction, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed without prejudice.

DATED: June 5, 2019

                                         _____
                                         Percy Anderson
                                         UNITED STATES DISTRICT JUDGE